**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DARYL COOK, KENNETH BROWN, JR.,     :    No. 136 MM 2021

        Petitioners             :

       v.                  :

PROTHONOTARY, AND PRESIDENT    :
JUDGE, OF THE COURT OF COMMON   :
PLEAS OF NORTHUMBERLAND COUNTY,   :

       Respondents           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of March, 2022, the Petition for Writ of Mandamus and the Application for Leave to File Post-Submission Communication are DENIED.